RECEIVED
DEC 3 1 2019
PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NOTRH CAROLINA

Southern DIVISION

LORENZO D. BRYANT
P.O. BOX 124
ELIZABETHTOWN NC 28337

V.

NANDA A. BRYANT
71 EARL HILL RD
CLARKTON NC 28433

No. 7:19-CV-257-FL

COMPLAINT

Defendant committed Perjury and Fraud on Sept. 5 2018. on the stand, Defendant gave testimony that both spouses continued to live together from date of signing separation Agreement in 2016. up to Jan 2018. Separation Agreement stated spouses lived apart since 2016

Plaintiff resides at:

PHYSICAL ADDRESS -
117 McADAM DR
ELIZABETHTOWN NC 28337
P.O. BOX 124
ELIZABETHTOWN NC 28337 - MAILING ADDRESS

Defendant (s) " name(s) and address (es), if known:

WANDA BRYANT -
71 EARL HILL RD
CLARKTON NC 28433

1

Jurisdiction in this court is based on: N/A

The acts complained of in this suit concern:
Fraud and perjury of separation agreement on pg 2 of 9 paragraph 1, Paragraph 9, Paragraph 17,

2

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Damages in the amount of $15,000.00

12-31-19

DATE

*Lorenzo D. Bryant by Tasha Air*

SIGNATURE OF PLAINTIFF

P.O. BOX 124
ELIZABETHTOWN
NC 28337
PHYSICAL ADDRESS—

ADDRESS AND PHONE NUMBER OF PLAINTIFF

117 MCADAM DR
ELIZABETHTOWN NC
28337

3