UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORENZO D. BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WANDA A. BRYANT, | ) | 7:19-CV-257-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge James Gates.

**IT IS ORDERED, ADJUDGED AND DECREED** that the memorandum and recommendation of Magistrate Judge Gates [DE 5] is ADOPTED and this action is DISMISSED.

This case is closed.

**This judgment filed and entered on March 16, 2020, and served on:**
Lorenzo D. Bryant (via US Mail to P.O. Box 124, Elizabethtown, NC 28337)

March 16, 2020

PETER A, MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk